AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Noonan, Jr., John T. | U.S. Court of Appeals, 9th | 10/31/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge, Senior | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 1/1/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

U.S. Court of Appeals
95 Seventh Street
San Francisco, CA 94103

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President and Director | Thomas More-Jacques Maritain Institute (non-profit cultural organization) |
| 2. | Member | Advisory Council, Transparency International |
| 3. | Member | Editorial Board, American Journal of Jurisprudence |
| 4. | Member | President's Council, Graduate Theological School |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 07/01/86 | University of California pension based on service |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | 2011 | Pension: University of California | $44,260.00 |
| 2. | 2011 | Royalty-West Services | $2,081.99 |
| 3. | 2011 | Royalty-University of California | $121.08 |
| 4. | 2011 | Royalty-University of Notre Dame Du Lac | $51.68 |
| 5. | 2011 | Refund: California Franchise Tax Board | $4,701.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 10/31/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 10/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Checking #3914 | A | Interest | M | T | | | | | |
| 2. Wells Fargo Market Rate #9466 | A | Interest | L | T | | | | | |
| 3. Wells Fargo retirement CD's | A | Interest | K | T | | | | | |
| 4. Wells Fargo CD | | None | | | Matured | 03/10/11 | L | A | |
| 5. Bank of America Checking - #2422 | A | Interest | | | Merged (with line 1) | 02/24/11 | L | | |
| 6. Teachers Insurance and Annuity Association | D | Interest | M | T | | | | | |
| 7. DWS Global Fund (formerly Scudder Int'l Bond Fund | A | Dividend | | | Redeemed | 10/18/11 | K | A | |
| 8. ****Schwab IRA #1483 | | | | | | | | | |
| 9. -Fidelity Contrafund | | None | | | Redeemed | 10/18/11 | K | A | |
| 10. Fidelity Equity Income II -Schwab 1483 | C | Dividend | | | Sold | 10/17/11 | M | A | |
| 11. -Fidelity Growth Company | A | Dividend | M | T | | | | | |
| 12. -Fidelity Blue Chip Growth | A | Dividend | | | Sold | 10/17/11 | K | A | |
| 13. -Vanguard 500 Index Fund | A | Dividend | | | Sold | 10/18/11 | K | A | |
| 14. -Eaton Vance Parametric | A | Dividend | L | T | Buy | 10/17/11 | L | | |
| 15. -Vanguard FTSE | B | Dividend | K | T | Buy | 10/18/11 | K | | |
| 16. -IVA International Fund | B | Dividend | L | T | Buy | 10/17/11 | L | | |
| 17. -Schwab Treasury Fund | | None | J | T | Buy | 07/05/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 10/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ****Schwab IRA #8394 | | | | | | | | | |
| 19. -Fidelity Blue Chip Growth | A | Dividend | J | T | | | | | |
| 20. -Fidelity Equity Income | A | Dividend | J | T | | | | | |
| 21. Legacy Treasury Direct - #5369 | B | Interest | K | T | | | | | |
| 22. Legacy Treasury Direct | | None | | | Merged (with line 21) | 5/01/11 | K | | |
| 23. **Schwab #5691 | | | | | | | | | |
| 24. -JP Morgan Chase | A | Dividend | L | T | | | | | |
| 25. -General Mills | A | Dividend | L | T | | | | | |
| 26. -Procter & Gamble Common | B | Dividend | L | T | | | | | |
| 27. -Neurobiological Technologies | | None | J | T | | | | | |
| 28. -BP P.L.C. | A | Dividend | K | T | | | | | |
| 29. -Coca Cola Common | B | Dividend | L | T | | | | | |
| 30. -Eli Lilly Corporation | A | Dividend | K | T | | | | | |
| 31. -IBM Common | A | Dividend | L | T | | | | | |
| 32. -Fortune Brands | A | Dividend | J | T | | | | | |
| 33. -Monsanto | A | Dividend | K | T | | | | | |
| 34. -Pfizer | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 10/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -JPMorgan Strategic Income | A | Dividend | L | T | Buy | 10/18/11 | L | | |
| 36. -Pimco Total Return Fund | A | Dividend | K | T | Buy | 10/18/11 | K | | |
| 37. -Templeton Global Fund | B | Dividend | K | T | Buy | 10/18/11 | K | | |
| 38. -Fidelity Magellan Fund | A | Dividend | M | T | | | | | |
| 39. -Wasach Long Short Fund | | None | L | T | Buy | 10/17/11 | L | | |
| 40. -Calvert Social Investment Fund | | None | | | Sold | 10/17/11 | K | A | |
| 41. -Fidelity CA Muni Income Fund | D | Interest | | | Sold | 11/07/11 | M | A | |
| 42. -Thornburg CA Limited Term | | None | | | Redeemed | 11/07/11 | N | D | |
| 43. -DWS Enhanced Global Bond | | None | | | Sold | 10/18/11 | K | A | |
| 44. -Schwab US Treasury Money Fund | A | Dividend | N | T | Buy | 09/29/11 | N | | |
| 45. -Beam Inc | A | Dividend | K | T | Spinoff (from line 32) | 10/03/11 | K | | |
| 46. -Diamond Hill Long-Short Fund | | None | | | Sold | 10/17/11 | L | A | |
| 47. -Ca State University Revenue Bond | B | Interest | | | Matured | 08/01/11 | K | A | |
| 48. -North of the River Sanitary District Bond | B | Interest | | | Matured | 05/02/11 | K | A | |
| 49. ****Schwab #6882 | | | | | | | | | |
| 50. -Alhambra CA Muni | | None | K | T | Buy | 12/02/11 | K | | |
| 51. -Brea Olinda CA Muni | | None | K | T | Buy | 11/09/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 10/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Burlingame CA Muni | | None | K | T | Buy | 11/23/11 | K | | |
| 53. -California State Dept Muni | | None | K | T | Buy | 11/10/11 | K | | |
| 54. -California State Econo Muni | | None | K | T | Buy | 11/10/11 | K | | |
| 55. -Clark County Nev Highway Muni | | None | K | T | Buy | 11/17/11 | K | | |
| 56. -Corona-Norco CA Muni | | None | K | T | Buy | 11/16/11 | K | | |
| 57. -Hartnell CA Muni | | None | K | T | Buy | 11/22/11 | K | | |
| 58. -Kane Kendall Muni | | None | K | T | Buy | 11/17/11 | K | | |
| 59. -LA CA Muni | | None | K | T | Buy | 11/30/11 | K | | |
| 60. -LA County Muni | | None | K | T | Buy | 11/21/11 | K | | |
| 61. -San Bernardino CA Muni | | None | K | T | Buy | 12/05/11 | K | | |
| 62. -Saugus CA Muni | | None | K | T | Buy | 11/29/11 | K | | |
| 63. -Simi Valley CA Muni | | None | K | T | Buy | 11/15/11 | K | | |
| 64. -Southern CA Pubic Muni | | None | K | T | Buy | 11/16/11 | K | | |
| 65. -Southwestern Cmn Muni | | None | K | T | Buy | 12/05/11 | K | | |
| 66. -University CA Muni | | None | K | T | Buy | 11/21/11 | K | | |
| 67. -William S Hart CA Muni | | None | K | T | Buy | 11/18/11 | K | | |
| 68. ****Schwab IRA #4618 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 10/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Wells Fargo Advantage Gov (X) | A | Int./Div. | J | T | | | | | |
| 70. -Wells Fargo Advantage Premier Large (X) | A | Int./Div. | J | T | | | | | |
| 71. -JP Morgan Prime Money Market Fund | A | Interest | | | Sold | 05/19/11 | M | | |
| 72. -JP Morgan Prime Money Market Fund | A | Interest | | | Sold | 05/19/11 | J | | |
| 73. -JP Morgan Prime Money Market Fund | A | Interest | | | Sold | 05/19/11 | J | | |
| 74. ****BofA Trust Number #1 #5674 (No personal income) | D | Dividend | N | T | | | | | |
| 75. -JP Morgan International Equity Fund (previously "Fleet..." | C | Dividend | L | T | | | | | |
| 76. -JP Morgan Tax Exempt Fund (previously "Fleet..." | D | Int./Div. | M | T | | | | | |
| 77. -Columbia High Yield Muni Fund | A | Int./Div. | J | T | | | | | |
| 78. -JP Morgan Large Cap Value Fund (previously "Fleet..." | B | Dividend | L | T | Buy (add'l) | 10/05/11 | J | | |
| 79. -Delaware Emerging Markets Fund | A | Dividend | K | T | | | | | |
| 80. -Natixis Funds Trust | A | Dividend | J | T | | | | | |
| 81. -Old Mutual Mid Cap Value Fund | | None | | | Sold | 10/03/11 | J | A | |
| 82. -Pimco Commodity Real Return Fund | D | Dividend | K | T | | | | | |
| 83. -Westcore Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 84. -JP Morgan Large Cap Growth (previously "Fleet..." | A | Dividend | L | T | Buy (add'l) | 10/05/11 | J | | |
| 85. -John Hancock Funds III Disiplined | A | Dividend | J | T | Buy | 04/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 10/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -JP Morgan Mid Cap Growth (previously "Fleet..." | A | Dividend | K | T | | | | | |
| 87. - JP Morgan Mid Cap Value | A | Dividend | J | T | Buy | 02/03/11 | J | | |
| 88. -JP Morgan Small Cap Growth | A | Dividend | J | T | Buy | 10/05/11 | J | | |
| 89. -JP Morgan Small Cap Value | A | Dividend | J | T | Buy | 02/03/11 | J | | |
| 90. -JP Morgan Emerging Markets Stock Fund | A | Dividend | K | T | Buy | 02/03/11 | K | | |
| 91. ****Trust # 2 Bofa #5677 (No personal income) | | | | | | | | | |
| 92. -Columbia High Yield Muni Fund | A | Dividend | J | T | | | | | |
| 93. -Delaware Emerging Markets Fund | A | Dividend | J | T | | | | | |
| 94. -Eaton Vance Large Cap Value Fund | A | Dividend | | | Sold | 08/01/11 | J | A | |
| 95. -Pimco Commodity Fund | B | Dividend | J | T | | | | | |
| 96. -JP Morgan Equity Income Fund for Trusts | A | Dividend | J | T | Buy | 08/03/11 | J | | |
| 97. -JP Morgan Large Cap Growth | A | Dividend | K | T | Buy | 10/05/11 | J | | |
| 98. -JP Morgan Large Cap Value | A | Dividend | K | T | Buy | 02/03/11 | J | | |
| 99. -John Hancock Funds III Disciplined | A | Dividend | J | T | Buy | 04/01/11 | J | | |
| 100. -JP Morgan Mid Cap Growth | A | Dividend | J | T | Buy | 10/05/11 | J | | |
| 101. -JP Morgan Mid Cap Value | A | Dividend | J | T | Buy | 10/05/11 | J | | |
| 102. -JP Morgan Small Cap Growth | A | Dividend | J | T | Buy | 10/05/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 10/31/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -JP Morgan Small Cap Value | A | Dividend | J | T | Buy | 10/05/11 | J | | |
| 104.  -Westcore Small Cap Value (X) | A | Dividend | J | T | | | | | |
| 105.  -JP Morgan International Equity | B | Dividend | K | T | Buy | 10/05/11 | J | | |
| 106.  -JP Morgan Emerging Markets Stock Fund | A | Dividend | J | T | Buy | 02/03/11 | J | | |
| 107.  -MA Intermediate Tax Exempt Bond | C | Interest | M | T | Buy | 01/05/11 | J | | |
| 108.  -T Rowe Price International | A | Dividend | J | T | Buy | 02/03/11 | J | | |
| 109.  -Natixis Funds Trust | A | Dividend | J | T | Buy | 02/03/11 | J | | |
| 110.  Wells Fargo Investments-Thornburg Investment Trust | | None | | | Merged (with line 42) | 01/01/11 | N | | |
| 111. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In response to the October 9th 2012 letter of inquiry, we have made the following adjustments or clarifications:

The items listed on lines 9, 17, 43, and 81 have been addressed, to include the selection of "none" under column B(2) for income type.

Regarding lines 42 and 43, the Thornburg CA Limited Term and DWS Enhanced Global Bond investments not being listed in previous report, these are corrected names of mutual funds that were in prior report, lines 9 and 10. Thornburg CA Limited Term was previously listed as Wells Fargo Investments-Thornburg Investment Trust and DWS Enhanced Global Bond was listed as DWS Global Fund (formerly Scudder Int'l Bond Fund).

Regarding lines 75, 76, 78, 84, 86-90, 96-98, 100-103, 105, and 106, the names that are listed are the actual names of the funds. For example, on line 100, it lists Mid Cap Value. If you Google the symbol JAMCX, you will see it listed as JP Morgan Mid Cap Value. To clarify, I have pre-prepended all the lines in question with "JP Morgan", even though that is not how it is listed on their statements.

Regarding prior report, line 10, Wells Fargo Investments-Thornburg Investment Trust omitted item, as noted above, this was replaced with the correct name of the investment, Thornburg CA Limited Term which is line 42. To document this, in order to keep existing row numbers the same, I added back the Wells Fargo Investments-Thornburg Investment Trust to the end at line 110, and referenced line 42 as corrected entry.

The below information was included in original 2012 report filing:
To simplify the organization of the report, and to make yearly updates easier, under Part VII, for investment accounts with multiple investments within, the investment firm name and partial account number is listed first preceded with four (4) asterisks, with the underlying investments listed in the lines thereafter, preceded by a hyphen, as shown below:
****Account Name
-Large Cap Fund
-Small Cap Fund
-Mid Cap Fund

Two trusts referred to in this report are as follow:

1.                  Trust:                  Trust was created                  on December 15, 1976. It became irrevocable on her death in 1990 and divided into three shares. The trustee has discretion to pay the income and principal                  .

2.                  1976 Trust:                  1976 Trust was formed                  in 1976 and became irrevocable on his death in 1987. On his death the property was divided into equal shares                  The trustee has discretion to pay some or all of the net income or principal of my share to                  . The trust terminates on the death of                  , the remainder going to                  .

3. The income of both trusts was paid by the trustee in 2010 to                  ,                  At the request of the Committee on Financial Disclosure, I have summarized the reports I have received.

In April 2000, Fleet Bank acquired the Bank of Boston, and then Bank of America aquired Fleet, and became the trustee of the above trusts. The trusts were also subdivided into distinct trusts for each of                  of the grantors, so that there is now a distinct trust for                  under the same trust instruments. Report is not made here of the sales of odd lots (typically one or two shares) made to make it easier to divide the trusts into thirds.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **John T. Noonan, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544